Decided June 25, 1997

## STATE OF CONNECTICUT *v.* SCOTT GRAHAM

The defendant's petition for certification for appeal from the Appellate Court, 45 Conn. App. 12 (AC 15121), is denied.

CALLAHAN, C. J., did not participate in the consideration or decision of this petition.

*Abram Heisler*, in support of the petition.

*James M. Ralls*, assistant state's attorney, in opposition.

Decided June 25, 1997